ant, which should have been submitted to the jury.

PEOPLE, Respondent, v. SPIEGEL, Appellant. (Supreme Court, Appellate Division, Second Department. November 17, 1905.) Proceeding by the people of the state of New York against Morris Spiegel. No opinion. Judgment of conviction in Court of Special Sessions affirmed.

PEOPLE, Respondent, v. WILLIAMSON, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 29, 1905.) Proceeding by the people of the state of New York against William Williamson. No opinion. Motion to dismiss appeal granted.

PEOPLE ex rel. ARFKEN v. YORK et al. (Supreme Court, Appellate Division, First Department. October 13, 1905.) Proceeding by the people of the state of New York, on the relation of George F. Arfken, against Bernard J. York and others. No opinion. Motion denied, with $10 costs.

PEOPLE ex rel. ARMSTRONG, Appellant, v. WARDEN OF CITY PRISON, Respondent. (Supreme Court, Appellate Division, First Department. July 7, 1905.) Proceeding by the people of the state of New York, on the relation of James J. Armstrong, against the warden of city prison. C. E. Le Barbier, for appellant. R. S. Johnstone, for respondent. No opinion. Order affirmed.

PEOPLE ex rel. BALLIN, Respondent, v. SMITH, Justice of the Peace, et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 23, 1905.) Proceeding by the people of the state of New York, on the relation of William Ballin, against David P. Smith, justice of the peace, and another. No opinion. Order affirmed, with $10 costs and disbursements, on the authority of People ex rel. Hess v. Inman, 74 Hun, 130, 26 N. Y. Supp. 329.

PEOPLE ex rel. BEAMAN v. KEATING, Com'r. (Supreme Court, Appellate Division, First Department. November 10, 1905.) Proceeding by the people of the state of New York, on the relation of Rosette Beaman, against Frederick L. C. Keating, as commissioner, etc. W. H Smith, for relator. T. Connoly, for respondent. No opinion. Writ dismissed and proceedings affirmed, with costs.

PEOPLE ex rel. BROWN v. FINLEY, Sup'r, et al. (Supreme Court, Appellate Division, Third Department. November 24, 1905.) Proceeding by the people of the state of New York, on the relation of Frank H. Brown, against Thomas Finley, supervisor, and others. No opinion. Decision amended, so as to read as follows: Order affirmed, on the ground that the relator is not entitled to the writ because of the fact that his bill had already been audited and rejected.

PEOPLE ex rel. BUFFALO GAS CO., Appellant, v. VOLZ et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. November 15, 1905.) Proceeding by the people of the state of New York, on the relation of the Buffalo Gas Company, against Edward G. Volz and others. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. BUTTERLY v. McCLELLAN et al. (Supreme Court, Appellate Division, First Department. November 10, 1905.) Proceeding by the people of the state of New York, on the relation of James N. Butterly, against George B. McClellan and others. S. Marsh, for appellant. T. Connoly, for respondents, McClellan and others. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. COLLINS v. WELLS et al. (Supreme Court, Appellate Division, First Department. July 7, 1905.) Proceeding by the people of the state of New York, on the relation of Helen G. Collins, against James L. Wells and others. J. A. Garver, for appellant. G. S. Coleman, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. DOUGAN v. GREENE, Police Com'r, Respondent. (Supreme Court, Appellate Division, Second Department. October 20, 1905.) Proceeding by the people of the state of New York, on the relation of William J. Dougan, against Francis V. Greene, police commissioner, etc. No opinion. Upon reargument, determination annulled on the law and facts, with costs, and the relator restored to his position.

PEOPLE ex rel. HAGERTY, Appellant, v. McCLELLAN, Mayor, et al., Respondents. (Supreme Court, Appellate Division, Second Department. July 27, 1905.) Proceeding by the people of the state of New York, on the relation of Charles Hagerty, against George B. McClellan, mayor, and others. No opinion. Appeal dismissed, with $10 costs and disbursements.

PEOPLE ex rel. HART v. SPECIAL TERM, PART 1, SUPREME COURT. (Supreme Court, Appellate Division, First Department. July 7, 1905.) Proceeding by the people of the state of New York, on the relation of Max Hart, against the Special Term, Part 1, Supreme Court. W. L. Mathot, for relator. H. S. Gans, for respondents. No opinion. Writ dismissed, with costs.

PEOPLE ex rel. JIMESON v. PATTERSON et al. (Supreme Court, Appellate Division, Fourth Department. October 4, 1905.) Proceeding by the people, on the relation of George T. Jimeson, against Frank L. Patterson, president of the Seneca Nation of Indians, and others. No opinion. Motion to dismiss appeal denied, without costs, and appellants given leave to perfect their record on appeal by inserting therein a copy of the opinion of Mr. Justice Rogers, written in this proceeding, and